...aniel C. Levin, Esquire
...Walnut Street, Suite 500
...Philadelphia 19106 PA
(215) 592-1500

**United States District Court**
**In the Western District of Pennsylvania**

**Victoria Ross, et al.**
V.
**University of Pittsburgh Medical Center**

Case No.:1:24-cv-16

## AFFIDAVIT OF SERVICE

STATE OF PA
COUNTY OF Allegheny ss

I, Kenneth Kearney, being duly sworn according to law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

On 1/25/24 at 10:30 AM/PM, I served **University of Pittsburgh Medical Center** with the following list of documents:
**Summons & Complaint**

Said service was executed at:
UPMC Legal Dept 600 Grant ST | Pittsburgh | PA | 15219
**Address** | **City** | **State** | **Zip**

☐ Personally served.
☐ Adult family member with whom said Respondent resides.
Name: ______ Relationship: ______
☐ Adult in charge of Respondent's residence who refused to give bame and/or relationship.
☐ Manager/Clerk of place of lodging in which Respondent resides.
☑ Agent or person in charge of Respondent's office or usual place of business.
Name: ✓ Angela Brooks Title: ✓ Paralegal
☐ Other: ✓ [signature]

Description of person process was left with:
Sex: F Skin: W Hair: Brown Age: 35 Height: 5-7 Weight: 140

**Non-Service:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s)

☐ **Unknown at Address** ☐ **Moved, Left no Forwarding** ☐ **Vacant** ☐ **No Answer - Several Attempts**
☐ **Address Does Not Exist** ☐ **Other** ______

Service Attempts: (1) ______ Date Time (2) ______ Date Time (3) ______ Date Time (4) ______ Date Time

Comments: ______

Kenneth Kearney
(Signature)

On Behalf of:
Dennis Richman Services for the Professional, Inc
4 Neshaminy Interplex Drive, Suite 108,
Trevose, PA 19053
2159779393

SAAFF/P213537