**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA ROSS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No. 1:24-cv-00016-SPB<br><br>Electronically Filed |

**NOTICE OF APPEARANCE**

TO: THE CLERK OF COURT

Kindly enter my appearance on behalf of Defendant UPMC, captioned as The University of Pittsburgh Medical Center, in the above-captioned case. I am admitted to practice in this Court.

Dated: February 6, 2024

Respectfully submitted,

/s/ *Anderson T. Bailey*

Anderson T. Bailey (Pa. 206485)
JONES DAY
500 Grant St., Suite 4500
Pittsburgh, PA 15219
Ph: (412) 391-3939
Fx: (412) 394-7959
atbailey@jonesday.com

*Counsel for Defendant UPMC*