**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No. 1:24-cv-00016<br><br>Electronically Filed |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, pursuant to Local Civil Rule 7.E, without waiver of and preserving all other rights and defenses of the parties, that Defendant shall have a 45-day extension of the deadline to respond to Plaintiff's Complaint and will have until April 1, 2024, to file an answer or otherwise respond to the Complaint.

/s/ *Austin B. Cohen*
Austin B. Cohen (Pa. 78977)
Daniel C. Levin (Pa. 80013)
Keith J. Verrier (Pa. 86577)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Ph: (215) 592-1500
Fx: (215) 592-4663
acohen@lfsblaw.com
dlevin@lfsblaw.com
kverrier@lfsblaw.com

/s/ *Rebekah B. Kcehowski*
Rebekah B. Kcehowski (Pa. 90219)
Anderson T. Bailey (Pa. 206485)
JONES DAY
500 Grant St., Suite 4500
Pittsburgh, PA 15219
Ph: (412) 391-3939
Fx: (412) 394-7959
rbkcehowski@jonesday.com
atbailey@jonesday.com

Joseph R. Saveri (*phv* forthcoming)
Christopher K.L. Young (*phv* forthcoming)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

*Counsel for Plaintiff*

David C. Kiernan (*phv* forthcoming)
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Ph: (415) 626-3939
Fx: (415) 875-5700
dkiernan@JonesDay.com

Peter J. Schwingler (*phv* forthcoming)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Ph: (202) 879-3406
Fx: (202) 626-1700
pschwingler@jonesday.com

*Counsel for Defendant*

Dated: February 9, 2024