AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,
*Plaintiff*

v.

UNIVERSITY OF PITTSBURGH MEDICAL CENTER
*Defendant*

Case No. 1:24-cv-00016-SPB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 02/16/2024

*Attorney's signature*

S. E. Riley, Jr. - 27617

Craig Murphey - 53324
*Printed name and bar number*

Purchase, George & Murphey, P.C.
2525 West 26th Street, Suite 200
Erie, PA 16506
*Address*

triley@purchasegeorge.com
craig@purchasegeorge.com
*E-mail address*

(814) 833-7100
*Telephone number*

(814) 835-0401
*FAX number*