**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA ROSS,** | ) | |
| **Plaintiff,** | ) | **Case No: 1:24-cv-00016-SPB** |
| **vs.** | ) | |
| **THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,** | ) | **Electronically Filed** |
| **Defendant.** | ) | |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and LCvR 7.1.1 of this Court, the undersigned counsel for Defendant UPMC, captioned as The University of Pittsburgh Medical Center, certifies that to the best of my knowledge and belief, UPMC is a Pennsylvania nonprofit, non-stock corporation that has no parent corporation. Debt securities and/or municipal bonds have been issued to the public in relation to UPMC (including under the name UPMC and its prior name, UPMC Health System), as well as the following UPMC subsidiaries: Somerset Hospital; Laurel Health System; Pinnacle Health System; Hanover Hospital; and Somerset Management Services.

Dated: March 7, 2024

Respectfully submitted,

/s/ *Anderson T. Bailey*

Anderson T. Bailey (Pa. 206485)
JONES DAY
500 Grant St., Suite 4500
Pittsburgh, PA 15219
Ph: (412) 391-3939 / Fax: (412) 394-7959
atbailey@jonesday.com

*Counsel for Defendant*