**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA ROSS,** | ) | **Case No: 1:24-cv-00016-SPB** |
| **Plaintiff,** | ) | |
| | ) | **Electronically Filed** |
| **vs.** | ) | |
| **THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,** | ) | |
| **Defendant.** | ) | |

**ORDER**

AND NOW, this ____ day of ____________, 2024, upon consideration of the Motion for Admission Pro Hac Vice of David C. Kiernan, it is hereby ORDERED that said Motion is GRANTED and that David C. Kiernan is authorized to practice before this Court pro hac vice for the purpose of representing Defendant UPMC in the above-captioned matter.

BY THE COURT:

______________________________
The Honorable Susan Paradise Baxter