**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA ROSS,** | ) | **Case No: 1:24-cv-00016-SPB** |
| **Plaintiff,** | ) | |
| | ) | **Electronically Filed** |
| **vs.** | ) | |
| **THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,** | ) | |
| **Defendant.** | ) | |

**ORDER**

AND NOW, this ____ day of ____________, 2024, upon consideration of the Motion for Admission Pro Hac Vice of Peter J. Schwingler, it is hereby ORDERED that said Motion is GRANTED and that Peter J. Schwingler is authorized to practice before this Court pro hac vice for the purpose of representing Defendant UPMC in the above-captioned matter.

BY THE COURT:

_______________________________
The Honorable Susan Paradise Baxter