**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,**<br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF PITTSBURGH MEDICAL CENTER**<br><br>Defendants. | Case No. 1: 24-cv-00016-SPB<br><br>**JURY DEMAND** |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* OF CADIO ZIRPOLI**

The Court, having considered the Motion for Leave to Appear *Pro Hac Vice* of Cadio Zirpoli and related papers and certifications, hereby **ORDERS**:

The Motion for Leave to Appear *Pro Hac Vice* of Cadio Zirpoli is **GRANTED**.

Date: ______________________________

______________________________
Hon. Susan Paradise Baxter
United Stated District Judge