**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br>Defendant. | Case No. 1:24-cv-00016 |

**ORDER SETTING SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANT'S RESPONSE THERETO**

UPON CONSIDERATION of the parties' Joint Motion to Set Schedule for Filing of an Amended Complaint and Defendant's Response Thereto, it is HEREBY ORDERED that:

(1) Plaintiff shall have until May 23, 2024 to file an Amended Complaint;

(2) Defendant shall have no obligation to respond to the pending Complaint (ECF 1) and shall have sixty days from the filing of an Amended Complaint to answer or otherwise respond to the Amended Complaint;

(3) If Defendant moves to dismiss the Amended Complaint, the parties will meet and confer to establish a proposed briefing schedule for Plaintiff's response to any such motion and the Defendant's reply thereto; and

(4) The filing of the Amended Complaint does not prejudice Plaintiff's right under Rule 15(a)(1)(B) to further amend, if necessary, within twenty-one (21) days of Defendant's filing of a responsive pleading or motion to dismiss.

Dated: March 28, 2024

IT IS SO ORDERED.

Susan Paradise Baxter

Hon. Susan Paradise Baxter
United States District Judge