**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,**<br>Plaintiffs,<br><br>v.<br><br>**UNIVERSITY OF PITTSBURGH MEDICAL CENTER**<br><br>Defendants. | Case No. 1:24-cv-00016-SPB |

**PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Plaintiffs, has changed its address for service of pleadings and notices in the above-captioned case. The new address of the firm is:

601 California Street, Suite 1505
San Francisco, California 94108

The firm's telephone number, fax number, and email addresses remain the same.

Dated: April 8, 2024

Respectfully submitted,

*/s/ Christopher K.L. Young*

Joseph R. Saveri (*pro hac vice*)
Cadio Zirpoli (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
Christopher Hydal (*pro hac vice*)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1505
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940

jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
cyoung@saverilawfirm.com
chydal@saverilawfirm.com

*Counsel for Plaintiffs*