**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | **Case No. 1:24-cv-00016-SPB** |

**ORDER SETTING SCHEDULE FOR FILING OF RESPONSES AND REPLIES TO DEFENDANT'S JULY 22, 2024 MOTIONS**

UPON CONSIDERATION of the parties' Joint Motion to Set Schedule for Filing of Responses and Replies to Defendant's July 22, 2024 Motions, it is HEREBY ORDERED that:

1. Plaintiffs shall have until Thursday, September 5, 2024 to file separate responses to Defendant's Motion to Dismiss the Amended Complaint (ECF No. 35) (the "Motion to Dismiss") and Defendant's Motion to Strike Class allegations contained in the Amended Complaint (ECF No. 36) (the "Motion to Strike");
2. Defendant shall have until Monday, October 7, 2024 to file its Reply to Plaintiffs' response to the Motion to Dismiss;
3. Defendant's Reply to Plaintiffs' response to the Motion to Dismiss will not exceed ten (10) pages in length;
4. Defendant shall have until Monday, October 7, 2024 to file its Reply to Plaintiffs' Response to the Motion to Strike; and

5. Defendant's Reply to Plaintiffs' response to the Motion to Strike will not exceed ten (10) pages in length.

Dated: 8/2/2024

IT IS SO ORDERED.

Hon. Susan Paradise Baxter
United States District Judge