IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>       Defendant. | Case No: 1:24-cv-00016-SPB<br><br>Electronically Filed |

**AFFIDAVIT OF PETER M. BOZZO IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

  I, Peter M. Bozzo, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the United States of America pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

  I, Peter M. Bozzo, being duly sworn, do hereby depose and say as follows:

  1.  I am a Trial Attorney for the United States Department of Justice, Antitrust Division.

  2.  My business address is 950 Pennsylvania Avenue, NW, Room 3224, Washington, D.C. 20530-0001.

  3.  I am a member in good standing of the bar of the State of New York.

  4.  My bar identification number is 5524459.

  5.  A current certificate of good standing from New York is attached to this Affidavit as Exhibit A.

2

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: September 13, 2024              Respectfully submitted,

                                       */s/ Peter M. Bozzo*
                                       Peter M. Bozzo