**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of those similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,**<br><br>**Defendant.** | **Civil Action No. 1:24-cv-00016-SPB** |

**ORDER**

AND NOW, upon consideration of UPMC's Unopposed Motion for Amendment of the Court's Order Setting Schedule for Filing of Responses and Replies to Defendant's July 22, 2024 Motions, it is hereby ORDERED that the Motion is GRANTED. UPMC shall have up to twenty (20) pages and until October 23, 2024, to file a combined Reply in Support of its Motion to Dismiss and Response to the Statement of Interest of the United States of America. All other provisions of the Court's August 2, 2024 Order remain in effect.

DATED: October 4, 2024.

IT IS SO ORDERED.

Susan Paradise Baxter

Hon. Susan Paradise Baxter
United States District Judge