**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of those similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,**<br><br>**Defendant.** | **Civil Action No. 1:24-cv-00016-SPB** |

**NOTICE OF APPEARANCE**

TO: THE CLERK OF THE COURT

Kindly enter my appearance on behalf of Defendant UPMC, captioned as The University of Pittsburgh Medical Center, in the above-captioned case. I am admitted to practice in this Court.

Dated: October 23, 2024

Respectfully Submitted:

*/s/ Daniel P. Johnson*

Daniel P. Johnson (PA ID No. 335058)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219
Telephone: 412.391.3939
Fax: 412.394.7959
dpjohnson@jonesday.com

*Counsel for Defendant*
*The University of Pittsburgh Medical Center*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October, 2024, the foregoing was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

*/s/ Daniel P. Johnson*

Daniel P. Johnson
PA ID No. 335058
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: 412.391.3939
Fax: 412.394.7959
dpjohnson@jonesday.com