**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No. 1:24-cv-00016-SPB |

## NOTICE OF APPEARANCE

TO: THE CLERK OF COURT

Kindly enter my appearance on behalf of Plaintiffs Jennifer Mizell, Maria Paulding, Kathleen Peapples, Victoria Ross, and Nathan Simpson, individually and on behalf of themselves and all others similarly situated, in the above captioned matter. I am admitted or otherwise authorized to practice in this Court.

| | |
|---|---|
| Dated: December 30, 2024 | Respectfully submitted,<br><br>JOSEPH SAVERI LAW FIRM, LLP<br><br>By: */s/ T. Brent Jordan*<br>T. Brent Jordan |
| | T. Brent Jordan (admitted *pro hac vice*)<br>JOSEPH SAVERI LAW FIRM, LLP<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Tbjordan@saverilawfirm.com |
| | *Counsel for Plaintiffs JENNIFER MIZELL,* |

| | |
|---|---|
| | *MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated* |