**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VICTORIA ROSS, *individually and on behalf of herself and all other similarly situated, et al,* | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 1:24-cv-16-SPB |
| v. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER (UPMC), | ) | |
| Defendant. | ) | |

Hearing Type: Oral Argument

Date: January 28, 2025

Before: Judge Susan Paradise Baxter

| | |
|---|---|
| Counsel for Plaintiffs | Austin Cohen, Esq., Christopher Young, Esq., and Steven Riley, Jr., Esq. |
| Counsel for Defendants | Rebekah Kcehowski, Esq., Peter Schweingler, Esq., Anderson Bailey, Esq., and Daniel Johnson, Esq. |
| Court Reporter | Janis Ferguson |
| Law Clerk/Courtroom Deputy | CSS/SNC |
| Start time | 11:01 AM |
| End time | 3:47 PM |

**SUMMARY OF PROCEEDINGS:**

COUNSEL PRESENT.

Oral Argument on Defendant's Motion to Strike Call Allegations, ECF No. [35], and Motion to Dismiss Plaintiffs' Complaint for Failure to State a Claim, ECF No. [36] is taken under advisement. Parties may file any post-hearing briefs by February 4, 2025.