**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | **Case No. 1:24-cv-00016**<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs in the above matter.

Dated: May 8, 2025

Respectfully submitted,

*/s/ Keith J. Verrier*

Keith J. Verrier (PA 86577)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone (215) 592-1500
Facsimile (215) 592-4663
KVerrier@lfsblaw.com