**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**UNIVERSITY OF PITTSBURGH MEDICAL CENTER,**<br><br>**Defendant.** | **Case No. 1:24-CV-00016-SPB**<br><br>**<u>NOTICE OF CHANGE OF FIRM NAME AND ADDRESS</u>** |

**<u>NOTICE OF CHANGE OF FIRM NAME AND ADDRESS</u>**

PLEASE TAKE NOTICE that Joseph Saveri Law Firm, LLP has changed its firm name and address. The firm's new name is Saveri Law Firm, LLP.

The firm's San Francisco address is:

550 California Street
Suite 910
San Francisco, California 94104

The firm's New York address is:

780 Third Avenue
Suite 1200
New York, New York 10022
Telephone: (347) 790-0069
Facsimile: (347) 790-0029

The firm's telephone number, fax number, and email addresses remain the same.

Dated: March 4, 2026

Respectfully submitted,

By: *_/s/ Joseph R. Saveri_*

Austin B. Cohen, (PA Id. 78977)
Daniel C. Levin, (PA Id. 80013)
Keith J. Verrier, (PA Id. 86577)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
acohen@lfsblaw.com
dlevin@lfsblaw.com
kverrier@lfsblaw.com

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
SAVERI LAW FIRM, LLP
550 California Street, Suite 910
San Francisco, California 94014
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
chydal@saverilawfirm.com

Christopher J. Hydal (*pro hac vice*)
SAVERI LAW FIRM, LLP
780 3rd Ave, Rm. 1200
New York NYC 10017
Telephone: (347) 790-0069
Facsimile: (347) 790-0029
chydal@saverilawfirm.com

*Counsel for Plaintiffs*