UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,**<br><br>                    Plaintiffs,<br><br>vs.<br><br>**UNIVERSITY OF PITTSBURGH MEDICAL CENTER,**<br><br>                    Defendant. | Case No.   1:24-CV-00016-SPB |

### PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY

      Plaintiffs move the Court to grant its Motion for Leave to Submit Supplemental Authority in support of Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 44). In support of this motion, Plaintiffs incorporate by reference the brief and exhibit contemporaneously filed herewith.

1

Dated: March 5, 2026  Respectfully submitted,

<div style="display: flex;">

<div>

Joseph R. Saveri (*pro hac vice*)
Christopher K.L. Young (*pro hac vice*)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395 9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com

Christopher J. Hydal (*pro hac vice*)
**SAVERI LAW FIRM, LLP**
780 3rd Ave, Rm. 1200
New York NYC 10017
Telephone: (347) 790-0069
Facsimile: (347) 790-0029
 chydal@saverilawfirm.com

</div>

<div>

*/s/ Austin B. Cohen*
Austin B. Cohen, (PA Id. 78977)
Daniel C. Levin, (PA Id. 80013)
Keith J. Verrier, (PA Id. 86577)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3997
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
acohen@lfsblaw.com
dlevin@lfsblaw.com
kverrier@lfsblaw.com

Craig Murphey
Steven E. Riley, Jr.
**PURCHASE, GEORGE & MURPHEY, P.C.**
2525 West 26 Street, Suite 200
Erie, PA 16506
Telephone: (814) 833-7100
Facsimile: (814) 835-0401
craig@purchasegeorge.com
triley@purchasegeorge.com

</div>

</div>

*Counsel for Plaintiff*