UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, AND NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No.   1:24-CV-00016-SPB |

**[PROPOSED] ORDER GRANTING PLAINTTIFFS' MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

This matter is before the Court on Plaintiffs' Motion for Leave to Submit Supplemental Authority in support of Plaintiffs' Response in Opposition to Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (ECF No. 44). The Court, having considered all papers filed, hereby finds that *Noah Blythe v. National Collegiate Athletics Assn.,* No. 3:26-cv-100-ART-CSD (D. Nv. Feb 20, 2026) is relevant to issues currently before the Court and ORDERS that the Motion is GRANTED.

**IT IS SO ORDERED.**

**HONORABLE SUSAN PARADISE BAXTER**
United States District Judge

Dated: