IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No: 1:24-cv-00016-SPB<br><br>Electronically Filed |

## MOTION FOR ADMISSION *PRO HAC VICE* OF NICKOLAI G. LEVIN

Nickolai G. Levin, undersigned counsel for the United States of America, hereby moves that Nickolai G. Levin be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the United States of America pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attached the Affidavit for Admission Pro Hac Vice of Nickolai G. Levin filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Nickolai G. Levin*
Nickolai G. Levin (DC 490881)
United States Department of Justice
Antitrust Division
950 Pennsylvania Avenue, NW DC
Rm 3229
Washington, D.C. 20530-0001
Telephone: (202) 514-2886
Email: nickolai.levin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March, 2026, a true and correct copy of this Motion for Admission Pro Hac Vice of Nickolai G. Levin was filed and served on counsel of record via the United States District Court for the Western District of Pennsylvania's CM/ECF system.

                                                */s/ Nickolai G. Levin*
                                                Nickolai G. Levin

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>                       Plaintiffs,<br><br>                       v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>                       Defendant. | Case No: 1:24-cv-00016-SPB<br><br>Electronically Filed |

**AFFIDAVIT OF NICKOLAI G. LEVIN IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

    I, Nickolai G. Levin make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the United States of America pursuant to LCvR 83.2, LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

    I, Nickolai G. Levin, being duly sworn, do hereby depose and say as follows:

    1.    I am a Trial Attorney for the United States Department of Justice, Antitrust Division.

    2.    My business address is 950 Pennsylvania Avenue, NW, Room 3229, Washington, D.C. 20530-0001.

    3.    I am a member in good standing of the bar of the District of Columbia; the State of Virginia; the United States Supreme Court; and the United States Courts of Appeals of the First Circuit, Second Circuit, Third Circuit, Fourth Circuit, Seventh Circuit, Ninth Circuit, Tenth Circuit, and District of Columbia Circuit.

4. My bar identification number is 490881.

5. A current certificate of good standing from the District of Columbia is attached to this Affidavit as Exhibit A.

6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 13, 2026                    Respectfully submitted,

                                          */s/ Nickolai G. Levin*
                                          Nickolai G. Levin

# EXHIBIT A

Case 1:24-cv-00016-SPB   Document 76   Filed 03/13/26   Page 5 of 6



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Nickolai G Levin*

*was duly qualified and admitted on January 10, 2005 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 13, 2026.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*