IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>    Defendant. | Case No: 1:24-cv-00016-SPB<br><br>Electronically Filed |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Peter M. Bozzo moves to withdraw as counsel for the United States because he is no longer assigned to the above-captioned case. Nickolai G. Levin, who has simultaneously filed a motion for admission *pro hac vice*, will serve as counsel for the United States.

Dated:  March 13, 2026        Respectfully submitted,

 /s/ *Peter M. Bozzo*         /s/ *Nickolai G. Levin*
PETER M. BOZZO         NICKOLAI G. LEVIN
*United States Department of Justice*   *United States Department of Justice*
*Antitrust Division*          *Antitrust Division*
950 Pennsylvania Avenue, NW    950 Pennsylvania Avenue, NW
Washington, DC  20530-0001     Washington, DC  20530-0001
(202) 803-1196 (phone)       (202) 514-2886 (phone)
peter.bozzo@usdoj.gov       nickolai.levin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed the foregoing motion by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

                                          */s/ Peter M. Bozzo*
                                           Peter M. Bozzo