**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case No: 1:24-cv-00016-SPB<br><br>Electronically Filed |

**ORDER**

AND NOW, this _____ day of _______________, 2026, upon consideration of the Motion for Admission Pro Hac Vice of Nickolai G. Levin, it is hereby ORDERED that said Motion is GRANTED and that Nickolai G. Levin is authorized to practice before this Court pro hac vice for the purpose of representing the United States of America in the above-captioned matter.

BY THE COURT:

______________________________
The Honorable Susan Paradise Baxter