**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JENNIFER MIZELL, MARIA PAULDING, KATHLEEN PEAPPLES, VICTORIA ROSS, and NATHAN SIMPSON, individually and on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br>Defendant. | Case No: 1:24-cv-00016-SPB<br>Electronically Filed |

**ORDER**

AND NOW, this _____ day of _______________, 2026, upon consideration of the Motion to Withdraw and Substitute Counsel by Peter M. Bozzo, it is HEREBY ORDERED that:

1. The Motion is GRANTED.
2. Peter M. Bozzo is withdrawn as counsel of record for the United States of America and is relieved of all further responsibilities in this matter.
3. Nickolai G. Levin is substituted as counsel of record for the United States of America.

BY THE COURT:

______________________________
The Honorable Susan Paradise Baxter