**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VICTORIA ROSS, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | **Case No. 1:24-cv-00016**<br><br>**JURY TRIAL DEMANDED** |

**<u>PROPOSED ORDER SETTING STATUS CONFERENCE</u>**

UPON CONSIDERATION of Plaintiffs' Motion for Status Conference, it is HEREBY ORDERED that:

1. The parties shall meet and confer in order to prepare and, on or before _____, 2026, file with the Court a report in accordance with Fed.R.Civ.P. 26(f);
2. The Court shall hold an Initial Case Management Conference on _____, 2026 in order to consider:
   a. the scope of UPMC's obligation to preserve all potentially relevant documents and electronically stored information regarding its acquisition of competitor health care hospital systems and regarding its employment practices;
   b. whether to allow Plaintiffs to obtain document and electronically stored information discovery limited to allegations contained in the Amended Complaint regarding Defendant's exclusionary and/or restrictive employment practices and
   c. any other matters that the Court believes may aid in resolution of this litigation.

The Court's Clerk shall circulate log-in information in advance of the Status Conference for any counsel electing to attend remotely.

Dated: ______________

**IT IS SO ORDERED.**

________________________________

**HONORABLE SUSAN PARADISE BAXTER**
**UNITED STATES DISTRICT JUDGE**