# EXHIBIT A

**From:** Kcehowski, Rebekah B.
**Sent:** Friday, August 21, 2026 11:57 AM
**To:** acohen@lfsblaw.com
**Cc:** Bailey, Anderson T.; Kiernan, David C.; Schwingler, Peter J.; Daniel Levin; Keith Verrier; Christopher Young; chydal@saverilawfirm.com; tbjordan@saverilawfirm.com; Johnson, Danny
**Subject:** RE: Ross v UPMC - proposed motion for court conference

Austin – we still do not know or understand what discovery you are proposing to proceed or why it makes sense to move forward at this point. In terms of representing our position, you can tell the court that UPMC intends to oppose the motion as it is UPMC's position that plaintiffs have not provided UPMC with any ground to move forward with a status conference or discovery now, while UPMC's motions remain pending.

Regards,
Becky

Becky Byers Kcehowski (bio)
Partner-in-Charge, Pittsburgh
**JONES DAY® - One Firm Worldwide®**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Office +1.412.394.7935
Mobile +1.412.657.3107

---

**From:** Austin Cohen <acohen@lfsblaw.com>
**Sent:** Thursday, August 20, 2026 4:13 PM
**To:** Kcehowski, Rebekah B. <rbkcehowski@jonesday.com>
**Cc:** Bailey, Anderson T. <atbailey@jonesday.com>; Kiernan, David C. <dkiernan@jonesday.com>; Schwingler, Peter J. <pschwingler@jonesday.com>; Daniel Levin <DLevin@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>; Christopher Young <cyoung@saverilawfirm.com>; chydal@saverilawfirm.com; tbjordan@saverilawfirm.com; Johnson, Danny <dpjohnson@jonesday.com>
**Subject:** RE: Ross v UPMC - proposed motion for court conference

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Becky,

Thank you for your response. As I stated in my e-mail, plaintiffs' position is that we should have a status conference and that we should start discovery in light of the amount of time that has passed. Your e-mail states that UPMC's position is that there is no need for a status conference and there should not be any discovery until

after the Court rules on UPMC's pending motions. Accordingly, it appears that we are at an impasse and no additional meet-and-confer is necessary. We plan to file our motion for a status conference on Friday so please let us know by no later than noon on Friday if you disagree. We will advise the court in our motion that we conferred with counsel for UPMC and they do not believe that a status conference should be held or discovery allowed until after the Court rules on UPMC's pending motions.

Regards,

Austin

Austin B. Cohen

**Levin Sedran & Berman LLP**

*Counselors at Law and Proctors in Admiralty*

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Office: (215) 592-1500
Cell: (856) 630-1472
Fax 592-4663
www.LFSBLaw.com

**CONFIDENTIALITY NOTE:** This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Kcehowski, Rebekah B. <rbkcehowski@jonesday.com>
**Sent:** Tuesday, August 18, 2026 4:02 PM
**To:** Austin Cohen <ACohen@lfsblaw.com>
**Cc:** Bailey, Anderson T. <atbailey@jonesday.com>; Kiernan, David C. <dkiernan@jonesday.com>; Schwingler, Peter J. <pschwingler@jonesday.com>; Daniel Levin <DLevin@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>; Christopher Young <cyoung@saverilawfirm.com>; chydal@saverilawfirm.com; tbjordan@saverilawfirm.com; Johnson, Danny <dpjohnson@jonesday.com>
**Subject:** RE: Ross v UPMC - proposed motion for court conference

Austin – thanks for your email. We have conferred on our side and do not see any reason to deviate from Judge Baxter's practice of holding any case management, discovery, or scheduling conference only after an answer has been filed. We do not know what limited discovery you think would be appropriate here at this point and, in any event, do not see any basis for it given that the pending motions could eliminate the case entirely or, at a minimum, materially alter it such that the appropriate scope of any discovery (limited or not) is currently undefined. Our position is that the court should rule on the pending motions first. We have taken reasonable steps to preserve.

We are open to conferring on these issues in the interim instead, so please let us know if you think a call would be productive before plaintiffs decide to file a request for a conference.

Regards,

Becky

Becky Byers Kcehowski (bio)
Partner-in-Charge, Pittsburgh
**JONES DAY® - One Firm Worldwide®**
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Office +1.412.394.7935
Mobile +1.412.657.3107

---

**From:** Austin Cohen <acohen@lfsblaw.com>
**Sent:** Friday, August 14, 2026 3:02 PM
**To:** Kcehowski, Rebekah B. <rbkcehowski@jonesday.com>
**Cc:** Bailey, Anderson T. <atbailey@jonesday.com>; Kiernan, David C. <dkiernan@jonesday.com>; Schwingler, Peter J. <pschwingler@jonesday.com>; Daniel Levin <DLevin@lfsblaw.com>; Keith Verrier <KVerrier@lfsblaw.com>; Christopher Young <cyoung@saverilawfirm.com>; chydal@saverilawfirm.com; tbjordan@saverilawfirm.com
**Subject:** Ross v UPMC - proposed motion for court conference

Becky,

Judge Baxter's local rules defer holding an initial case management conference to discuss preliminary matters until after the filing of an Answer which, in turn, means after a ruling on UPMC's pending motions. We plan to file a motion next week requesting a conference so that we may discuss with the Court document preservation obligations as well as allowing limited discovery. Please let us know by Tuesday August 18th if UPMC would like to jointly request a conference, if UPMC takes no position, or if UPMC is opposed to requesting a conference. If UPMC would like to jointly request a conference, we would be happy to set up a call to discuss a proposed joint submission.

Regards,

Austin

Austin B. Cohen

**Levin Sedran & Berman LLP**
*Counselors at Law and Proctors in Admiralty*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Office: (215) 592-1500
Cell: (856) 630-1472
Fax 592-4663
www.LFSBLaw.com

**CONFIDENTIALITY NOTE:** This e-mail message contains information belonging to the law firm of Levin Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.